# In The Matter Of:

*Greenfield v.*
*Kent Security Services*

---

*Ellen Greenfield*
*February 12, 2009*

---

*Friedman, Lombardi & Olson*
*19 West Flagler Street, Suite 924*
*Miami, FL 33130*
*(305) 371-6677*

Original File 021209EG.txt
**Min-U-Script® with Word Index**

Greenfield v.  
Kent Security Services

Ellen Greenfield  
February 12, 2009

**Page 9**

1 been cut off by your answers because you're
2 anticipating what I'm saying, so --
3   A. Okay.
4   Q. We'll get out of here by six and your
5 attorney will make his plane, but I appreciate your
6 answering as quickly as you can.
7      I assume you're not on any type of
8 medication this morning?
9   A. I am.
10   Q. Anything that's going to interfere with
11 your ability to testify or to remember accurately
12 events?
13   A. I'm not sure.
14   Q. What are you on this morning?
15   A. I'm on a Z pack.
16   Q. Is that for an infection?
17   A. Yes.
18   Q. I think you told me earlier that you have a
19 flu or something?
20   A. Yes.
21   Q. Anything else that you're taking?
22   A. Yes. I take Trazadone.
23   Q. What is that?
24   A. It's a medication -- kind of like an old
25 school antidepressant anxiety medication.

**Page 10**

1   Q. You didn't take that especially for me?
2   A. No.
3      (Discussion off the record.)
4   Q. How long have you been on Trazadone?
5   A. I'm not 100 percent accurate, but over six
6 months.
7   Q. Who is your prescriber?
8   A. Dr. Reinberg. Jay Reinberg.
9   Q. Is that a family physician?
10   A. Yes.
11   Q. Was there some event that made you
12 particularly anxious?
13      MS. LANGBEIN: Object to form.
14      You can answer.
15   Q. Probably having two children and a husband
16 and a house and a job?
17   A. No.
18   Q. What caused you to suddenly be prescribed
19 this medication?
20   A. Well, I had -- I wasn't able to take
21 medication when I was pregnant with my daughter and I
22 have been treating with a psychologist and finally
23 got to the point where I did need medication because
24 I was not sleeping and it takes the edge off and
25 helps me be more productive for my family.

**Page 11**

1   Q. What is the dosage that you're taking?
2   A. I take 100 milligrams.
3   Q. Is that a day?
4   A. Yes.
5   Q. Is there any other medication that you are
6 taking or have taken in the past for anxiety or
7 depression?
8   A. No.
9   Q. So this is the first time in your life
10 you've ever been on any type of antidepressant?
11   A. No. I've been on antidepressants before,
12 but many years ago.
13   Q. Tell me about those antidepressants --
14   A. I took Zoloft.
15   Q. How long ago was that?
16   A. In the mid '90's, around the time -- if I
17 had to pinpoint, I can approximate that it was around
18 the '93 to '96 time frame period.
19   Q. Anything that occasioned your going to the
20 doctor to seek Zoloft?
21   A. Yes.
22   Q. What happened?
23   A. My parents were getting divorced.
24   Q. How long were you on Zoloft?
25   A. Less than a year, but I'm not 100 percent

**Page 12**

1 accurate of the exact time frame.
2   Q. Would it be fair to say that from 1996
3 through 2009 or 2008, late, that you haven't been on
4 any types of antidepressants?
5      MR. CELLER: Object to form.
6      You can answer.
7   A. To the best of my knowledge I could say
8 "yes" but I'm not 100 percent sure.
9   Q. When did you begin with Dr. Reinhart?
10   A. Reinberg?
11   Q. Reinberg. I'm sorry.
12   A. He's a new family physician, because our
13 old physician did not take our insurance anymore, so
14 Dr. Reinberg has been about six months or seven
15 months.
16   Q. Where is his office?
17   A. On Aventura Boulevard. I think it's 2845.
18   Q. R-E-I-N-B-E-R-G?
19   A. I have a card in my purse.
20      MR. CELLER: You can show it.
21      Do you want that, Leslie?
22      MS. LANGBEIN: It would be helpful.
23      (Discussion off the record.)
24   A. R-E-I-N-B-E-R-G. 2845 Aventura Boulevard.
25      MR. CELLER: If you want, Leslie -- do you

Page 21

implemented different policies and procedures.
I wasn't there for the new company when the
sition took place because I think -- like I said,
as either late 2005 or 2006. I was gone in
tember of '05.
  There were lots of little rumors going
and that the company was going to be bought out
people were not sure what was going to happen.
new company was from New Jersey, so I did what
best for myself and my husband.
Q. You were married by that point. You still
e living in Aventura and driving up to Boca every
?
A. Every day.
Q. You mentioned a fiance lawyer?
A. Yes.
Q. Who is the fiance lawyer?
A. Jason Barnett.
   (Discussion off the record.)
Q. Do you have any other relatives in Florida?
A. Yes.
Q. Who are they?
A. I have my sister.
Q. What is her name?
A. Shari.

Page 22

Q. Last name?
A. Well, I know her as Shari Harris, but she's
ari Briggs, B-R-I-G-G-S.
Q. Where does she live?
A. In Palm Beach.
Q. "Palm Beach" Palm Beach or West Palm Beach
Palm Beach Gardens?
A. Palm Beach.
Q. Any other relatives?
A. Yes. I have -- my mother lives down here.
Q. Your mother's name is?
A. Leslie Rosenberg.
Q. Where does your mother live?
A. Somewhere in -- between Boynton and Lake
orth.
Q. I'm sure you've been to her house.
rrect?
A. No.
Q. Do you not get along with your mother?
A. We don't speak.
Q. So basically you know she is down here, but
ere's no contact?
A. Right.
Q. Does your husband have any family down
re?

Page 23

1  A. No.
2  Q. Is Shari spelled S-H-A-R-R-Y?
3  A. S-H-A-R-I.
4  Q. Does your sister work?
5  A. Yes.
6  Q. Where does she work?
7  A. She works for -- it's a company called
8  I-Lori, I-L-O-R-I.
9  Q. What kind of company --
10 A. It's a sunglass store on Worth Avenue.
11 She's the manager.
12 Q. You left in 2005/2006 Data Warehouse.
13    Where did you go to next to work?
14 A. I left Data Warehouse in 2005 and I went to
15 work for ISS, Integrated Security Systems.
16 Q. How did you find that job?
17 A. I found that job through Todd Schwartz.
18 Q. How did you know Todd Schwartz?
19 A. I knew Todd Schwartz because he was the
20 person that sold our security contract to Aventura
21 Bay Townhomes. He was the vice-president of sales
22 and operations at Kent Security.
23 Q. What did he tell you? He said, "Oh, go
24 work for my competitor"?
25 A. No. It wasn't a competitor.

Page 24

1     Todd had said that he had a friend, the
2  owner of ISS, that was looking for somebody just like
3  me and he thought that we should meet and talk
4  because we would probably really get along.
5  Q. And you made that appointment?
6  A. Yes, I did.
7  Q. Who did you interview with?
8  A. I interviewed with Jeff Nunberg.
9  Q. How do you spell the last name?
10 A. N-U-N-B-E-R-G.
11 Q. How close were you to Mr. Schwartz?
12    MR. CELLER: Object to form.
13    You can answer.
14 A. How close was I?
15 Q. Was he a personal friend of yours?
16 A. No.
17 Q. Just an acquaintance?
18 A. An acquaintance, because I'm the president
19 of the board of my community, so he knew me through
20 there and we just kind of hit it off.
21 Q. So this was just a chance conversation
22 between you and Mr. Schwartz where he said, "Oh, I
23 have this friend who is looking for" --
24 A. He had called me. He had called me and
25 asked me if I would ever be interested.

Ellen Greenfield
February 12, 2009

Greenfield
Kent Security Services

Page 221

Q. Now, who had you seen before Dr. Center?
A. I just got a call from her. She retired. I don't remember her name, but I can get it.
Q. But you were supposed to have gotten it for me already because I asked in interrogatories for the names of all doctors you had seen.
A. I'm sorry.
MR. CELLER: I didn't know about that one. Do you want to take a break and call and get the number?
A. Barbara Leeds.
Q. L-E-E-D-S?
A. Yes.
Q. Where is she located?
A. She is on Miami Gardens -- I'm sorry. On Ives Dairy Road in Aventura. North Miami Beach.
Q. When did you see Dr. Leeds?
A. No. It's Barbara Leeds, a psychologist. She's not a doctor.
Q. When did you see her?
A. I saw her about seven or eight months prior.
Q. So was that while you were still working for ISS?
A. I think it was in the middle of ISS.

Page 222

Q. What was going on that caused you to go see a psychologist then?
A. I was very anxious about giving birth and I had tremendous fears that I was going to die because you hear about things, and it was my first child and I was scared.
Q. So how many times did you see Ms. Leeds?
A. I think it was like once a week for a few months.
Q. Did she refer you to any psychiatrist for medication?
A. No.
Q. Were there any other subjects that were discussed with Ms. Leeds besides this fear of birth?
A. I'm sure there were some other topics like my family or something.
Q. Were you having any marital problems at this time?
A. No.
Q. Do you recall about how pregnant you were when you went to see Ms. Leeds for the first time?
A. Maybe four months. Maybe four months pregnant.
Q. Has there been any other psychologist or psychiatrist that you've seen besides Ms. Leeds and

Page 223

Ms. Center?
A. Not since prior to the mid '90's.
Q. That was with regard to the situation --
A. My parents' divorce.
Q. Let's go back then to your spiral notebook. We discovered at that at some point you did you call the insurance company to get some information about co-pays.
Now we're going to flip over to a page that talks about Bed, Bath and Beyond and Macy's.
A. Okay.
Q. Was the Bed, Bath or Beyond or Macy's referring to personal things or business related things?
A. I don't remember.
Q. Then you see in the corner it says Leyda Chinese.
Was this a lunch order?
A. Possibly.
Q. That was with Leyda Tolentino?
A. I think I was in charge of lunch that day.
Q. In the middle of the page you'll see there's an arrow and it says TNadler@KentSecurity.com?

Page 224

A. Yes.
Q. Is that the Tomer we were talking about before --
A. Yes.
Q. -- who you say was not an employee but had an e-mail address?
A. Yes.
Q. It looks like you had notes to yourself "copy of proposals" -- does that say "funnel report"?
A. Uh-huh.
Q. Yes?
A. Yes.
Q. Then it says Daniel/Yarid?
A. Okay.
Q. Daniel would have been Daniel Rainieri?
A. I don't know.
Q. You have a little arrow that says "1 hour Gil." What does that mean?
A. I don't remember.
Q. What is 6:30 p.m.?
A. I don't know.
Q. Then right above that you have another little arrow where it says: Hollywood, North Miami health and life insurance license.
Do you have any recollection what that