To: daknits@aol.com
Case 1:08-cv-22033-CMA   Document 58-1   Entered on FLSD Docket 02/25/2009   Page 1 of 4
Page 1 of 4

 at&t

[Print] [Close]

From: asst_langbein@bellsouth.net
To: daknits@aol.com
Cc: langbeinpa <langbeinpa@bellsouth.net>,
Subject: Re: Greenfield v. Kent Security
Date: Wednesday, February 25, 2009 10:37:12 AM

Good Morning:

We will confer with opposing counsel and get back to you.

Thank you,
--
Connie Echeverry
Paralegal
Langbein & Langbein, P.A.
8181 NW 80 Ave.
Suite 105
Miami Lakes, FL. 33016
Ph:(305)-556-3663
Fax: (305) 556-3647


-------------- Original message from daknits@aol.com: --------------

The deposition needs to be taken in Miami Dade County, where I reside. I would request that it be taken at my work address:

Law Offices of Alan Hecht, P.A.
2670 NE 215th Street
Miami, FL 33180

Thank you,
Rachel Silverman


-----Original Message-----
From: asst_langbein@bellsouth.net
To: daknits@aol.com
Cc: langbeinpa <langbeinpa@bellsouth.net>
Sent: Tue, 24 Feb 2009 3:38 pm
Subject: Re: Greenfield v. Kent Security

Good Afternoon:

Your depo will be scheduled for April 1, 2009 at 10am at Esquire Deposition Solutions at 515 East Las Olas Blvd. 13 Floor, Ft. Lauderdale, FL. 33301.

A formal subpoena will be sent to you via a process server. Please confirm that your address is 2670 NE 215 St. Miami, FL. 33180.

Thank you,
--
Connie Echeverry
Paralegal
Langbein & Langbein, P.A.
8181 NW 80 Ave.
Suite 105
Miami Lakes, FL. 33016
Ph:(305)-556-3663
Fax: (305) 556-3647

-------------- Original message from daknits@aol.com: --------------

I cannot be there at 9:00am, as I am dropping off my daughter at school at that time, and there is no one else to take her. Please schedule the deposition at 10:00am on April 1st.

Thank you,
Rachel Silverman

-----Original Message-----
From: asst_langbein@bellsouth.net
To: daknits@aol.com
Cc: langbeinpa <langbeinpa@bellsouth.net>
Sent: Mon, 23 Feb 2009 3:55 pm
Subject: Re: Greenfield v. Kent Security

Good Afternoon:

I just left a message at your office. I spoke with opposing counsel's paralegal and we would like to schedule your deposition on April 1, 2009 at 9:00am, since you said that you cannot do an afternoon depo. Please confirm ASAP if you are available as we are trying to coordinate other depo's as well.

Your prompt response is requested and appreciated.

Thank you,
--
Connie Echeverry
Paralegal
Langbein & Langbein, P.A.
8181 NW 80 Ave.
Suite 105
Miami Lakes, FL. 33016
Ph:(305)-556-3663
Fax: (305) 556-3647

-------------- Original message from daknits@aol.com: --------------

Hi Connie,

I called Rich Seller, Ellen's attorney, to coordinate a date with him that

works for him as well. He is out of town until Monday. I will speak to him and get back to you no later than Tuesday regarding an acceptable date/time, if that's alright with you.

Thanks so much,
Rachel

-----Original Message-----
From: asst_langbein@bellsouth.net
To: daknits@aol.com
Cc: langbeinpa <langbeinpa@bellsouth.net>
Sent: Wed, 18 Feb 2009 4:12 pm
Subject: Re: Greenfield v. Kent Security

Good Afternoon:

To clarify, the second date offered was 2/27.

We will work to accommodate you in the morning on the dates we offered.

Please let me know which date would be best for you.

Thank you,
--
Connie Echeverry
Paralegal
Langbein & Langbein, P.A.
8181 NW 80 Ave.
Suite 105
Miami Lakes, FL. 33016
Ph:(305)-556-3663
Fax: (305) 556-3647


-------------- Original message from daknits@aol.com: --------------

Connie,

I will call your office tomorrow to talk about scheduling the deposition. I am not free at all in the afternoons because I pick up my daughter from school and I am her sole caretaker. Also, the second date you list below is unclear -- did you mean to type 2/27 or 3/27?

Thank you,
Rachel Silverman

-----Original Message-----
From: asst_langbein@bellsouth.net
To: daknits@aol.com
Cc: langbeinpa <langbeinpa@bellsouth.net>
Sent: Tue, 17 Feb 2009 3:11 pm

Subject: Greenfield v. Kent Security

Good Afternoon:

We have been trying to reach you at your office and have been unsuccessful. Our office represents Kent Security in the above referenced case and you have been named as a witness by Ms. Ellen Greenfield. We would like to take your deposition. Please let us know if you are available on any of the following dates:

2/25, 27/09
3/31/09 (afternoon)
4/2/09

I look forward to your prompt response.

Thank you,
--
Connie Echeverry
Paralegal
Langbein & Langbein, P.A.
8181 NW 80 Ave.
Suite 105
Miami Lakes, FL. 33016
Ph:(305)-556-3663
Fax: (305) 556-3647

Access 350+ FREE radio stations anytime from anywhere on the web. Get the Radio Toolbar!

Access 350+ FREE radio stations anytime from anywhere on the web. Get the Radio Toolbar!

Access 350+ FREE radio stations anytime from anywhere on the web. Get the Radio Toolbar!

Access 350+ FREE radio stations anytime from anywhere on the web. Get the Radio Toolbar!