SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.  08-22033-CIV-ALTONAGA/BROWN

ELLEN GREENFIELD

       Plaintiff,

v.

KENT SECURITY SERVICES, INC.,

       Defendant.
_____/

## APPENDIX TO REPLY

| | |
|---|---|
| Exhibit 1 | 2nd Declaration of Gil Neuman<br>Patrick Hurley's EEOC Charge<br>Teri Reale Sales Chart (names of customers redacted)<br>Depo Excerpts |
| Exhibit 2. | Excerpts from H. Hartley Deposition |
| Exhibit 3. | Declaration of Jeffrey Nunberg |
| Exhibit 4. | Declaration of Brandy Callahan |
| Exhibit 5. | Declaration of Kristie Franklin |
| Exhibit 6. | Plaintiff's Response to Defendant's 1st Notice to Produce |
| Exhibit 7. | Plaintiff's Response to Defendant's First Set of Interrogatories |
| Exhibit 8. | Email from G. Neuman to P. Hurley re: new compensation plan |
| Exhibit 9. | Ellen Greenfield Deposition Excerpts |