# EXHIBIT "C"

Certified Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 08-22033-CIV-ALTONAGA/BROWN

ELLEN GREENFIELD,

    Plaintiff,

vs.

KENT SECURITY SERVICES, INC.,

    Defendant.

## DEPOSITION OF

## ROSE CUCURILLO

## TAKEN ON BEHALF OF THE PLAINTIFF

April 1st, 2009
1:40 p.m.

515 East Las Olas Boulevard
Suite 1300
Fort Lauderdale, Florida

Lynn Cantin, RMR, CRR



ESQUIRE

Toll Free: 877.495.0777
Facsimile: 954.987.7780
Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

```
                                  12
 1   2007, I want to say.
 2        Q.   Okay.  And were you office manager -- and let
 3   me give you a frame of reference.
 4             Mrs. Greenfield worked for the defendant from
 5   September of 2006 through May of '07; were you the
 6   office manager for the defendant during that time
 7   period?
 8        A.   I think I was still payroll manager.
 9        Q.   Okay.  And what would your duties have been
10   as payroll manager during that time?
11        A.   Basically, administered the payroll --
12        Q.   Okay.
13        A.   -- for all the companies.
14        Q.   Okay.  Did you have any marketing
15   responsibilities at that time?
16        A.   No.
17        Q.   When Mrs. Greenfield ultimately was demoted
18   and put in the marketing position, were you her direct
19   supervisor?
20        A.   I became her direct supervisor I think maybe
21   it was a month.
22        Q.   Why did you become her direct supervisor?
23        A.   Mr. Neuman asked me to oversee Ellen's work
24   because he was not comfortable communicating with her.
25        Q.   Why was he not comfortable communicating with
```



Toll Free: 877.495.0777
Facsimile: 954.987.7780

ESQUIRE

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com