UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-22033-CIV-ALTONAGA/BROWN

ELLEN GREENFIELD,

    Plaintiff,

vs.

KENT SECURITY SERVICES, INC.,

    Defendant.

_____/

## DEFENDANT'S PROPOSED VOIR DIRE

Defendant, KENT SECURITY SERVICES, INC., through undersigned counsel proposes the following questions be posed to the venire during Voir Dire.

1. Do you know the Plaintiff or the Defendant in this case ?

    a. Their Lawyers ?

    b. Anyone named on either parties' lists of witnesses ?

2. What is your occupation ?

    a. Where do you currently work ?

    b. How long have you been employed there ?

    c. What type of business do you work at ?

    d. What are your position and responsibilities ?

    e. What type of decisions do you generally make when performing your job ?

    f. (If most recent employment is under a year), where did you work before that ?

    i.  For how long ?

    ii.  What was the nature of your employment ?

    iii.  What type of business was it ?

    iv.  What were your position and responsibilities ?

    v.  How did you end up leaving that job ?

3. Has anyone on the panel ever worked in sales or marketing or know someone who worked in those fields ?

  a. What type of position ?

  b. What did you (they) sell ?

  c. Did you ever take any sales or marketing courses ?

  d. Did you (they) have to meet quotas ?

  e. Did you (or they) ever fail to meet a quota or sales goal ?

  f. If so, what happened ?

4. Do you now or have you ever had supervisory responsibility over employees ?

  a. What is/ the nature of your supervisory authority ?

  b. Do you have the authority to hire and fire ?

  c. Do you have the authority to discipline ?

  d. Do you evaluate employees ?

5. Has anyone on the panel ever occupied a job which was responsible for making fiscal decisions ?

  a. What was the nature of your job and duties ?

  b. What type of decisions did you have to make ?

  c. What type of factors did you consider in making the fiscal decisions ?

6. Are you married ?

    a.    What does your spouse/ former spouse/partner do for a living ?

    b.    Has your spouse/former spouse/partner ever worked in sales ?

    c.    Same line of questions as Question 2 above

7.    Do you have any children ?

    a.    Do any of them work ?

    b.    What do they do for a living ?

    c.    Same line of questions as Question 2 above.

8.    Does anyone on the panel own their own business now or ever operated a business in the past ?

    a.    Nature of the business

    b.    Where located

    c.    How many employees ?

    d.    Does any members of your family work in or help operate the business ?

9.    What is your opinion about people who overstate their qualifications or capabilities in order to get a job ?

10.    Has anyone on the panel ever been asked to sign or signed a Non-Competition or Non-Solicitation Agreement by an employer ?

    a.    What was the type of business you worked for ?

    b.    What would have been the impact on your employer if you violated the non-compete ?

11.    What is your educational level

    a.    What area(s) or fields did you study ?

    b.    Have you ever taken any sales or marketing courses ?

12.    What types of organizations do you belong to ?

13. What are your favorite magazines, tv or radio shows ?

14. What are your favorite past times ?

15. Which member of your family handles the household finances ?

    a. Which member of your family makes major financial decisions ?

16. If you were buying an insurance policy, would you rely on what the agent was telling you or actually read the policy to be informed of the terms and conditions ?

17. Is there anyone on the panel who has a background in or has ever worked in the Human Resources field ?

    a. What type of position ?

    b. What were the scope of your duties ?

    c. Did your position have anything to do with enforcement of workplace policies or receipt or investigation of a workplace discrimination complaints ?

        i. What was the nature of your involvement ?

        ii. Did you have anything to do with the outcome of the investigation ?

18. Is there anyone else on the panel who has ever conducted an investigation of a workplace discrimination complaint?

        i. What was the nature of your involvement ?

        ii. What were the steps you took to investigate ?

        iii. Was the nature of the claim a "he said/she said"

        iv. How did you reach a conclusion based on the claim and denial ?

        v. How was the claim resolved ?

19. Have you or anyone you've known ever filed a complaint of workplace discrimination ??

    a. What type of complaint

    b. Why did you feel you were being treated differently than others ?

    c. What justification did your (their) employer give for its actions ?

    d. Did you file the claim internally with your employer or with an enforcement agency ?

    e. If it is not too personal, please tell us as the basis of your claim, what occurred while it was being processed and the outcome of the claim ?

    f. Did you feel the issue was dealt with properly ?

20. Have you ever been in a situation where you, someone you known well or someone you worked with was accused of discrimination ?  If so, please give the details.

    a. What type of complaint

        i. If it is not too personal, please tell us what occurred and the outcome ?

        ii. Did you feel the issue was dealt with properly ?

21. Have you ever been involved as a party or a witness in a lawsuit or claim against an employer ?

    a. Nature of claim ?

        i. How was it dealt with ?

        ii. Did you feel the issue was dealt with properly ?

22. Have you or anyone in your family, a friend or someone you know ever been involved in a lawsuit as a party, witness or accused ?  If so, please explain

23. Is there anyone on the panel who thinks they (or someone they know) were treated unfairly by an employer at some point in life ?

    a. What occurred

    b. Why do you feel you (they) were treated unfairly

    c. What do you think the employer should have done ?

24. How would you decide whether discrimination occurred if the alleged victim said one thing and the accused person denied it ?

25. Is there anyone who believes that just because a employment decision seems unfair it is also discriminatory ?

26. Has anyone become pregnant while working or had a wife or female relative or friend who became pregnant while working ?

    a. Did any incidents happen at work during the pregnancy that made you (them) suspect pregnancy was an issue ?

    b. What occurred ?

    c. Why do you feel pregnancy was an issue

27. Is there anyone on the panel who would expect an employer to change its standards or work expectations just because an employee is pregnant ?

28. How much time do you feel is reasonable for employee to prove he or she is capable of performing a new position ?

29. What kind of factors should an employer consider in determining whether an employee is performing up to standards ?

    a. Is there anyone on the panel who does not thinks it is within an employer's right to decide whether an employee is performing up to par ?

    b. Is there anyone on the panel who would decide against my client simply because he or she believes a different decision should have been made ?

30. Is there anyone on the panel who has supervised employees and has had to make a tough decision regarding an employee's performance or continued employment ?

    i. What was the issue ?

    ii. How long did you give the employee to bring performance up to expectations ?

    iii. What decision or recommendation did you make

    iv. What did you consider when making the decision or recommendation ?

31. What factors did you personally use to determine if someone is telling the truth ?

32. Is there anyone who believes that just because someone writes something down on paper it must be true ?

33. Is there anyone on the panel who believes if an event is not written down, then it likely did not actually occur ?

34. Has anyone on the panel ever quit a job because of the work environment ?

    a. What were the circumstances ?

    b. What things did you take into consideration before deciding to quit ?

35. Is there anyone on the panel who has ever been separated from employment during a probationary period ?

36. Does anyone believe that just because a person has brought a lawsuit, he or she is entitled to be awarded money ?

37. Does anyone believe that companies should be treated differently than natural persons under the law ?

38. The facts in this case will show that Plaintiff was demoted by my client. Will you feel particular sympathy toward the Plaintiff because she was pregnant when she was demoted ?

    a. Will you feel particular sympathy toward the Plaintiff because relatives will testify on her behalf, or because her husband or other family members may be present in the courtroom ?

39. Some of the witnesses in the case are related by blood or marriage. How does this fact affect your tendency to believe or disbelieve their testimony ?

> Respectfully Submitted,
> LANGBEIN & LANGBEIN, P.A.
> Counsel for the Defendant
> 8181 NW 154th Street, Suite 105
> Miami Lakes, FL 33016
> Tel: (305) 556-3663
> Fax: (305) 556-3647

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on August 10, 2009 through EM/ECF and that a copy of the foregoing will be served via notification through EM/ECF on all counsel or parties of record on the attached service list:

> By:  /s/ Leslie W. Langbein
>      Leslie W. Langbein, Esq.
>      Fla. Bar No. 305391

<u>SERVICE LIST</u>
CASE NO 08-22033-CIV-ALTONAGA/BROWN

MORGAN & MORGAN, P.A.
6824 Griffin Road
Davie, FL   33314.
Tel: (954) 318-0268
Fax: (954) 333-3515
email: rceller@forthepeople.com
Counsel for the Plaintiff