UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-22033-CIV-ALTONAGA/BROWN

ELLEN GREENFIELD,

      Plaintiff,

vs.

KENT SECURITY SERVICES, INC.,

      Defendant.

_____/

## DEFENDANT'S DEPOSITION COUNTER DESIGNATIONS FOR TRIAL and OBJECTIONS TO DESIGNATIONS

Defendant, KENT SECURITY SERVICES, INC., in compliance with this

Court's July 10th, 2009 order counter-designates the following portions of depositions

it intends to use at trial:

Henry Hartley  - Counter Designations

Pages 11-12: 1-8
Page 14:9-14
Page 19: 22-20: 2
Page 24: 1-2 and line 6
Page 28: 16-18
Page 43: 17-25
Page 44: 18-25
Pages 46:12-47 through 51:21

1

Page 52:22-25 through 53: 1-8
Pages 54:10-58:9
Page 55: 4 -22
Page 57: 5
Page 58: 14
Page 60: 21
Page 61: 15
Page 64:23- through 65: 3
Page 65: 8-12
Page 80:12
Pages 81: 17-82: 1
Page 82: 16-19
Page 83: 7-9 and lines 11-13
Page 85: 5-14
Page 86: 4-7
Page 89: 19 through 90: 4
Page 92: 15
Page 94: 8-9
Page 95: 8-18
Page 97: 1-3
Page 101: 7-14
Page 105:3 -9
Page 108:12-114: 11
Page 114: 18-21 through 115:10
Page 116: 10-17
Page 117: 23 through 118: 6
Page 119: 15  through 120:1
Page 120: 13-18
Page 121: 1-5 and lines 15-25 through 122: 1
Page 123: 8-19
Page 124: 6-12
Page 125: 4-18
Page 128: 3-5 and lines 14-22
Page 129: 6-17 and lines 18-25 through 130:7
Page 132: 2-6
Page 134: 1-16
Page 136: 12-16
Page 137: 20-24
Page 139: 23-24
Page 156: 6-21
Page 159: 15-18

Page 160: 16
Page 160: 21 through 161: 22
Page 166: 2- 4
Page 169: 22 through 170: 5
Page 175: 2-11
Page 176: 2-8, lines 11-15
Page 178: 20 through 179:2
Page 180: 9-13
Page 185: 7 -25
Page 188: 22-189: 6
Page 191: 5
Page 193: 9
Page 195:1-11
Page 195:23
Page 201: 3
Page 203: 4-6
Page 207: 20 through 208: 3
Page 209: 9-22
Page 211: 1-14
Page 218: 6-9
Page 219: 18-22
Page 220: 15-20
Page 222: 21 through 223:4
Page 223: 20-24
Page 224: 15-17
Page 225: 9-17
Page 230: 21 through 231:4
Page 233: 4-11
Page 237:13 through 239: 3
Page 239: 9-13
Page 239: 23 through 240: 12
Page 241: 3-5
Page 242:4-9
Page 243: 1 through 245:19
Page 246: 1-247:8
Page 248: 2-22
Page 249: 7-25
Page 251: 20 through 253:6
Page 253: 12 through 254: 7
Page 254: 14-17
Page 257: 1 through 258:14

Page 260: 19-24
Page 261: 1-7 and lines 11-13
Page 262: 1-23 and lines 24-25 through 263:10
Page 265: 14-18
Page 266: 15-25
Page 267: 4-22
Page 268:24 through 269: 3
Page 269: 5 -19
Page 272: 14-25
Page 273: 1-19
Page 275: 5 - 15
Page 276: 14-25
Page 280: 4-23
Page 281: 13-18
Page 283: 11-21
Page 285: 6-9 and 10-14
Page 286: 18-287:8
Page 290: 19 through 291: 1
Page 291: 13-17
Page 292: 15-17
Page 293: 1-2
Page 293: 25 through 294: 5
Page 294: 22-23
Page 297: 21 through 298: 2
Page 299: 17 through 2
Page 302: 18-25
Page 309: 18-25
Page 310: 4-9
Page 317: 22 through 318: 2
Page 318: 12-16
Page 325: 20-25 through 326: 11

Leyda Tolentino

Page 252: 1-22
Page 253: 3-7
Page 268: 18 through 269:16

Respectfully Submitted,
LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendant
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Email: langbeinpa@bellsouth.net

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on Augus
20, 2009 through EM/ECF and that a copy of the foregoing will be served via notification
through EM/ECF on all counsel or parties of record on the attached service list:

By:  *Leslie W. Langbein,*
          Leslie W. Langbein, Esq.
          Fla. Bar No. 305391

5

<u>SERVICE LIST</u>
CASE NO 08-22033-CIV-ALTONAGA/BROWN

MORGAN & MORGAN, P.A.
6824 Griffin Road,
Davie, FL   33314.
Tel: (954) 318-0268
Fax: (954) 333-3515
email: Richard@cellerlega.com
Counsel for the Plaintiff