AO 187 (Rev. 11/2002) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **08-22033-CIV-ALTONAGA**

**ELLEN GREENFIELD**

                        Plaintiff,

v.

**KENT SECURITY SERVICES, INC.**    Defendant

Second Amended Corrected
**EXHIBIT AND WITNESS LIST**

| PRESIDING JUDGE<br>Altonaga | PLAINTIFF'S ATTORNEY<br>Richard B. Celler | DEFENDANT'S ATTORNEY<br>Leslie W. Langbein |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Undated email from G. Neuman to Plaintiff (letter form) re: job expectations |
| | 2 | | | | 8/26/06 email offer letter to Plaintiff |
| | 3 | | | | Comp. Ex. of Plaintiff's sign-on Forms for Defendant, including Application |
| | 4 | | | | Defendant's Employee Handbook |
| | 5 | | | | Email chains dated 9/21-9/22/06 and 9/28/06 between Plaintiff and P. Hurley |
| | 6 | | | | Screen shots of dates of employment for J. Shavelson, M. Landman, E. Garcia, M. Torbeck, K. McCarthy |
| | 7 | | | | 10/6/06 and 11/13/06 email sent by P. Hurley for 11/06 retreat |
| | 8 | | | | Email chain dated 11/2/06 btn Plaintiff and S. Blackwell re: "A.W" proposal |
| | 9 | | | | Email chain dated 12/6/06 btn Plaintiff and S. Blackwell re: Matt Landman and forward to G. Neuman |
| | 10 | | | | Email chain dated 12/7/06 btn S. Blackwell and M. Landman re: FISI proposals |
| | 11 | | | | Email chain btn Plaintiff and S. Blackwell dated 11/29/06-11/30/06 re: FISI proposals |
| | 12 | | | | Email chain btn T. Reale, S. Blackwell and Plaintiff dated 11/28/07 re: "I.B." |
| | 13 | | | | 1/16/07 Email chain btn Plaintiff and S. Blackwell re: "I.E." computer download |
| | 14 | | | | Plaintiff's weekly WAR Reports |
| | 15 | | | | Internal Marketing pieces with hand-written notes |
| | 16 | | | | Plaintiff's Spiral Notebook with loose pages |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF | | DEFENDANT | | CASE NO. | |
|---|---|---|---|---|---|
| Ellen Greenfield | | vs. Kent Security Services | | 08-22033-CIV-ALTONAGA | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 17 | | | | Plaintiff's Commission Request Form for October-December, 2006 due as of 12/31/06 |
| | 18 | | | | Plaintiff's 2/07 Commission Request Form (orig., marked "Issues", dated 4/18/07 and 4/24/07 |
| | 19 | | | | Plaintiff's 3/07 Commission Request Form |
| | 20 | | | | Plaintiff's spreadsheet updated to 3/27/07 re: signed contracts and gross sales |
| | 21 | | | | Plaintiff's Franklin-Covey planner |
| | 22 | | | | Comp. Ex. of Plaintiff's personal and business cell-phone records from 9/12/06-5/2/07 |
| | 23 | | | | Position Descriptions for marketing specialist, corp. communications specialist |
| | 24 | | | | Comp Ex. Louise Center's file, including session notes, hand-written notes and copy of |
| | | | | | Leyda Tolentino memo |
| | 25 | | | | Plaintiff's job search fm careerbuilder.com for 3/19/07, 3/21/07, 3/26/07 and 3/27/07 |
| | 26 | | | | Email chain btn Plaintiff and S. Blackwell dated 3/6/07-3/7/07 re: "mandatory meeting" |
| | 27 | | | | Email dated 1/9/07 from S. Blackwell re: promotion of Goldie Frazier |
| | 28 | | | | 11/15/06 Email from P. Hurley re: "New Additions" |
| | 29 | | | | 4/3/07 email from T. Nadler tp Plaintiff and 4/5/07 response from G. Neuman |
| | 30 | | | | Email from dispatcher re: Plaintiff's planned absence on 4/4/07 |
| | 31 | | | | Memo "To All Employees" from R. Cucurillo dated 4/5/07 |
| | 32 | | | | Email chain starting 4/6/07-4/11/07 re: inserts for newsletter |
| | 33 | | | | 4/6/07 email from Plaintiff to T. Nadler re: FISI training |
| | 34 | | | | Computerized calendars for G. Neuman for months 3/07 and 4/07 |
| | 35 | | | | Comp. Ex of Plaintiff's progress reports and email to G. Neuman, R. Cucurillo and |
| | | | | | O. Alexander |
| | 36 | | | | Email from L. Center to Plaintiff dated 3/23/07 |
| | 37 | | | | 4/8/07 email from Plaintiff to G. Neuman and O. Alexander re: pregnancy discrimination |
| | 38 | | | | Leyda Tolentino typewritten notes |

Page 1 of _____ Pages

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>Ellen Greenfield | | | vs. | DEFENDANT<br>Kent Security Services | | CASE NO<br>08-22033-CIV-ALTONAGA |
|---|---|---|---|---|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 39 | | | | Henry Hartley notes from 4/9/07 meeting with Plaintiff | |
| | 40 | | | | Handwritten Memo dated 4/13/07 re: computer issue | |
| | 41 | | | | Email chain dated 4/13/07 among R. Cucurillo, G. Neuman and D. Coombs | |
| | 42 | | | | Plaintiff's 4/13/07 signed EEOC charge | |
| | 43 | | | | Transmittal Letter dated 4/16/07 from Celler & Celler to EEOC | |
| | 44 | | | | Email exchange btn Plaintiff and G. Neuman dated 3/30/07 re: "Faibe" and "Progress Report" | |
| | 45 | | | | Draft of 4/17/07 email to H. Hartley titled "Gil/Henry" | |
| | 46 | | | | 4/17/07 email from Plaintiff to H. Hartley titled "Gil/Henry" | |
| | 47 | | | | 4/18/07 email exchange btn Plaintiff and G. Neuman re: new pay rate | |
| | 48 | | | | 4/20/07 letter from Dr. Silvers | |
| | 49 | | | | Plaintiff's Medical records from Dr. Silvers re: 2d pregnancy | |
| | 50 | | | | Comp. Ex of email with dates run-off from computer by Plaintiff (4/6/07, 4/9/07, 4/11/07 4/20/07, 4/23/07, 4/24/07) | |
| | 51 | | | | Plaintiff's hand-written notes 4/5/07-4/26/07 | |
| | 52 | | | | Email chain starting 4/20/07 btn Plaintiff and D. Coombs re: computer issue | |
| | 53 | | | | Chart of T. Reale sales from 9/1/05 through 9/1/07 | |
| | 54 | | | | Plaintiff's Employment Application with ISS | |
| | 55 | | | | Plaintiff's Non-Competition Agreement with ISS | |
| | 56 | | | | Plaintiff's Exit Interview with ISS | |
| | 57 | | | | Plaintiff's resignation letter from Defendant | |
| | 58 | | | | Comp. Ex. of Plaintiff's employment records from Marksman Security, Inc. including resume | |
| | 59 | | | | Plaintiff's Employment Records from Data Warehouse with Cert. of Authenticity | |
| | 60 | | | | Plaintiff's Sworn Declaration submitted with Response to Summary Judgement | |
| | 61 | | | | 6/28/07 email btn H. Sanz and G. Neuman re: terms of employment and H. Sanz Resume | |

Page 1 of _____ Pages

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

# EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>Ellen Greenfield | | | vs. | DEFENDANT<br>Kent Security Services | | CASE NO.<br>08-22033-CIV-ALTONAGA |
|---|---|---|---|---|---|---|
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 62 | | | | H. Sanz resignation letter | |
| | 63 | | | | Plaintiff's personal tax returns for 2005, 2006, 2007 and 2008 | |
| | 64 | | | | Web site pages for Data Boutique, Inc. and Marketer's Boutique, Inc. | |
| | 65 | | | | Certificates from Sec. State re: Data Boutique, Inc. and Marketer's Boutique, Inc. | |
| | 66 | | | | Aventuranews.com editions 3/12/08 and 5/14/08 with photos of Plaintiff and husband | |
| | 67 | | | | Guard Service Bid and Evaluation Tool and attached sheet showing entry for "Kent" dated 5/9/07 | |
| | 68 | | | | EEOC Notice of Charge of Discrimination dated 4/30/07 | |
| | 69 | | | | Plaintiff's Interrogatory responses | |
| | 70 | | | | Plaintiff's responses to Requests for Production | |
| | 71 | | | | All exhibits attached to depositions | |
| | 72 | | | | All exhibits offered by Plaintiff | |
| | 73 | | | | Rebuttal and Impeachment Exhibits | |
| | 74 | | | | Trend Income Statements for KSS, KPM and FISI for years 2005, 2006, 2007 and 2008 for the months of September through March | |
| | 75 | | | | Comparison of Same Sales Chart for 2005, 2006 and 2007 for the months of September through March | |
| | 76 | | | | Confidential Psychological Evaluation prepared by Dr. Nancy Bacher | |
| | 77 | | | | Breakdown of Sales Per Month from Ellen Greenfield's Spreadsheet | |
| | 78 | | | | Redacted Chart of Sales and Contract Values sold by Teri Reale from 9/05 through 9/1/07 | |
| | 79 | | | | Tax Returns for Data Boutique | |
| | | | | | Excel spreadsheet dated 12/08/06 (supplement to Exhibit 14) | |
| | | | | | FOR WITNESS LIST, PLEASE REFER TO AMENDED WITNESS LIST PREVIOUSLY FILED | |

Page 1 of _____ Pages