UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO 08-22033-CIV-ALTONAGA/BROWN

ELLEN GREENFIELD,

    Plaintiff,

v.

KENT SECURITY SERVICES, INC.

    Defendant . _____/

## NOTICE OF SETTLEMENT

The parties give notice that they have reached a settlement of all issues and request the Court to remove this matter from its trial docket.   The parties expect that a Notice of Voluntary Dismissal will be filed within the next ten business days.

    Dated September 4, 2009.

MORGAN & MORGAN, P.A.
Counsel for the Plaintiff
6824 Griffin Road
Davie, FL 330 33314.
Tel: (954) 318-0268
Fax: (954) 333-3515

By:  __s/ Richard B. Celler__
      Richard B. Celler, Esq.
      Fla. Bar No. 0495115

LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendant
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647

By:  __s/ Leslie W. Langbein__
      Leslie W. Langbein, Esq.
      Fla. Bar No. 305391

STANLEY KISZKIEL, P.A.
9000 Sheridan Street,
Suite 100, PMB No. 11
Pembroke Pines, FL 33024
Tel: (954) 862-2288
Fax: (954) 862-2287

By:  __/s/ Stanley Kiszkiel__
      Stanley Kiszkiel, Esq.
      Florida Bar No. 731153